# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAFAYETTE DIVISION

**STEVENISKI FRANK, SR.**              **CIVIL ACTION NO. 6:17-CV-01351**

**VERSIS**                             **JUDGE TERRY A. DOUGHTY**

**CITY OF VILLE PLATTE, ET AL.**       **MAG. JUDGE CAROL WHITEHURST**

## JUDGMENT

For the reasons set forth in the Ruling of the Court,

**IT IS ORDERED, ADJUDGED AND DECREED** that the Rule 12 Motion to Dismiss and Alternatively Motion to Strike Plaintiff's Amended Complaint [Doc. No. 34] filed by Defendants City of Ville Platte, Chief of Police Neal Lartigue, and Mayor Jennifer Vidrine is **GRANTED**. Plaintiff Steveniski Frank, Sr.'s claims are **DISMISSED IN FULL WITH PREJUDICE**.

Monroe, Louisiana, this 5th day of March, 2019.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**